# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ADAM AND EVE JONESBORO, LLC**                      **PLAINTIFF**

v.                      No. 3:18-cv-21-DPM

**HAROLD PERRIN, In His Official Capacity**
**as Mayor of the City of Jonesboro, Arkansas**         **DEFENDANT**

**STATE OF ARKANSAS**                                 **INTERVENOR**

## ORDER

1. Arkansas's unopposed motion to intervene, № 11, is granted.

2. After conferring with counsel, the Court set the following expedited schedule:

- Initial disclosures.....................................**29 May 2018**
- Written discovery ends............................**29 June 2018**
- Deadline for any depositions....................**27 July 2018**
- Trial briefs and pretrial disclosures due..........**30 July 2018**
- Combined injunction hearing and
  trial on the merits in Jonesboro...................**6 August 2018**

The Court shortened the time for responding to written discovery to twenty-one days. Any discovery dispute will be resolved by telephone conference; no motion or other filing is needed.

3.  The hearing/trial will start at 10:30 a.m. on Monday, 6 August 2018, and continue until done. Please provide courtesy copies of all exhibits (in paper and electronic form) to Little Rock chambers by 1 August 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 May 2018