# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ADAM AND EVE JONESBORO LLC**                                   **PLAINTIFF**

v.                                          **No. 3:18-cv-21-DPM**

**HAROLD PERRIN, In His Official
Capacity as Mayor of the City of
Jonesboro, Arkansas**                                           **DEFENDANT**

**STATE OF ARKANSAS**                                       **INTERVENOR**

## ORDER

For the reasons stated on the record at the 6 August 2018 bench trial, the Court will dismiss this case with prejudice.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_6 August 2018_