# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ADAM AND EVE JONESBORO LLC            PLAINTIFF

v.            No. 3:18-cv-21-DPM

HAROLD PERRIN, In His Official
Capacity as Mayor of the City of
Jonesboro, Arkansas            DEFENDANT

STATE OF ARKANSAS            INTERVENOR

## JUDGMENT

The complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

6 August 2018